UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80184-CIV-MARRA

KIMBERLY ANSPACH, on behalf of herself
and all others similarly situated,

Plaintiff,

vs.

FAMILY PRIVATE CARE, INC.,

Defendant.
_____/

### ORDER

This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal (DE 23). The Court has carefully considered the Notice and is otherwise fully advised in the premises.

The case is dismissed without prejudice.  The Clerk shall close this case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of July, 2017.

_____
KENNETH A. MARRA
United States District Judge